AO 91 (Rev. 5/85) Criminal Complaint

## United States District Court
### For The District of Columbia

UNITED STATES OF AMERICA

v.

TARUN MAKKAR
DOB:
PDID:
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**FILED**
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-279-M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 14, 2006__ in __WASHINGTON__ county, in the District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

did knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct, that is a sexual act as defined in 18 U.S.C. 2246(2), specifically, contact between the penis and the vulva, with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☐ Yes ☐ No

Signature of Complainant
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

JUN 1 5 2006                           at   Washington, D.C.
Date                                        City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer        Signature of Judicial Officer