IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate No. 06-279 (DAR) |
| ) | |
| TARUN MAKKAR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon motion of Defendant, Tarun Makkar, it is hereby **ORDERED**:

1. Defendant Makkar (DCDC 310735) should be transferred from the D.C. Jail to the Correction Treatment Facility (CTF) forthwith;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is called for court.

SO **ORDERED** this 20th day of July 2006.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Dani Jahn, Esq.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Debra Long-Doyle, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001

United States Marshals for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001